JAMES KEARNEY, as Receiver of the Firm of ARTHUR MCMUL-
LEN & COMPANY, Appellant, *v.* JAMES S. COLEMAN et al.,
Surviving Members of the Firm of COLEMAN RYAN &
BROWN, Respondents.

*Kearney* v. *Coleman*, 105 App. Div. 638, affirmed.
(Argued June 7, 1906; decided June 21, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered June
29, 1905, affirming a judgment in favor of defendants entered
upon a dismissal of the complaint by the court at a Trial

Term in an action to recover an amount alleged to be due upon a contract.

*Edward P. Mowton* and *John Mulholland* for appellant.

*David McClure* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.